PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Stacy McCants        **Docket Number:** 11-00386-001
       **PACTS Number:** 61402

**Name of Sentencing Judicial Officer:**    THE HONORABLE NOEL L. HILLMAN
       UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/29/2012

**Original Offense:** 18:641; Theft of Government Property, a Grade C felony

**Original Sentence:** 60 months' Probation

**Special Conditions:** Special Assessment, Substance Abuse Testing, Fine, Restitution - Money, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Employment Requirements/Restrictions, Other Condition

**Modification of Special Conditions:** On December 17, 2012, our office submitted Probation Form 12A, notifying the Court of the offender's progress under supervision.

**Type of Supervision:** Probation        **Date Supervision Commenced:** 06/29/2012

**Assistant U.S. Attorney:** Matthew J. Skahill, 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** Maggie F. Moy, Federal Public Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'As a condition of supervision, you are instructed to pay restitution in the amount of $41,280.90 to Department of Veterans Affairs, DMS; it shall be paid in the following manner: of monthly installments of no less than $250.00 to commence 60 days from this judgment and the offender was ordered to pay a lump sum amount of $3,000.00, 30 days after the date of this judgment.** <br><br> The offender has failed to make monthly payments of $250.00, as ordered by the court and has an outstanding balance of $27,811.90. Ms. McCants made her last payment on November 10, 2014. |

2.     The offender has violated the standard supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

The offender has failed to follow general instructions to submit monthly supervision reports. To date the offender has failed to submit monthly supervision reports for the following months: December 2014, and January to July 2015. On March 2, 2015, the offender was given monthly supervision reports and instructed to complete the same and mail them to our Newark mailing address. To date, we have not received the forms.

3.     The offender has violated the special supervision condition which states **'NEW DEBT RESTRICTIONS**

**You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.'**

The offender has entered into two lease agreement as a Owner/ Operator for two separate trucking companies which are Swift Leasing and BC Transportation. It should be noted that she has incurred an outstanding debt with Swift Leasing.

4.     The offender has violated the standard supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

Ms. McCants failed to provide the undersigned officer with notification of her daily travels. The undersigned officer required the offender to text her travel work schedule to this officer's work cell phone.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

5,     The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

The offender has failed to notify this officer within 72 hours of any change of residence. Specifically, Ms. McCants provided the undersigned officer her daughter's address inSalem, New Jersey as her address; however, she failed to notify this officer with 72 hours that her daughter relocated to Ohio.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

6.     The offender has violated the standard supervision condition which states **'Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the**

Prob 12C – page 3
Stacy McCants

financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Office access to your financial information and records.'

The offender has failed to submit her 2014 Tax Return as required.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Valancia K Sherrer
Supervising U.S. Probation Officer
Date: 08/15/2015

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: September 15, 2015 11:00 am
☐ No Action
☐ Other

Noel L. Hillman
Signature of Judicial Officer

August 18, 2015
Date